1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 SVETLANA NIKITENKO,                       )
                                             )  No. C 07-3297 HRL
13            Plaintiff,                    )
                                             )
14        v.                                )  **STIPULATION TO EXTEND DATES;**
                                             )  **and [PROPOSED] ORDER**
15 Department of Homeland Security, MICHAEL  )
   CHERTOFF, Secretary; United States Citizenship )
16 and Immigration Services, EMILIO T.       )
   GONZALEZ, Director; United States Citizenship )
17 and Immigration Services, ROSEMARY        )
   MELVILLE, District Director; U.S. Attorney )
18 General, ALBERTO GONZALES; Federal        )
   Bureau of Investigation, ROBERT S. MUELLER,)
19 III, Director,                            )
                                             )
20           Defendants.                    )
                                                   )
21

22     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiffs filed this action on or about March 23, 2007. Defendants' answer is currently due

25 on August 27, 2007.

26     2. Pursuant to this Court's June 22, 2007 Order Setting Initial Case Management Conference,

27 the parties are required to file a joint case management statement on September 18, 2007, and

28 attend a case management conference on September 25, 2007.

Stipulation to Extend Dates
C07-3297 HRL                          1

3. Accordingly, in order to allow sufficient time for defendants to answer/prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 27, 2007 |
| Last day to file Joint ADR Certification: | October 2, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 16, 2007 |
| Case Management Conference: | October 23, 2007, at 1:30 p.m. |

Dated: August 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

          /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 24, 2007

          /s/
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:

HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Extend Dates
C07-3297 HRL                        2