SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVETLANA NIKITENKO, ) | No. C 07-3297 HRL |
| Plaintiff, ) | |
| ) | |
| v. ) | **CONSENT TO PROCEED BEFORE A** |
| ) | **UNITED STATES MAGISTRATE JUDGE** |
| Department of Homeland Security, MICHAEL ) | |
| CHERTOFF, Secretary; United States Citizenship ) | |
| and Immigration Services, EMILIO T. ) | |
| GONZALEZ, Director; United States Citizenship ) | |
| and Immigration Services, ROSEMARY ) | |
| MELVILLE, District Director; U.S. Attorney ) | |
| General, ALBERTO GONZALES; Federal ) | |
| Bureau of Investigation, ROBERT S. MUELLER,) | |
| III, Director, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

In accordance with the provisions of 28 U.S.C. § 636(c), the defendants hereby voluntarily

consent to have a United States Magistrate Judge conduct any and all further proceedings in the

case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be

taken directly to the United States Court of Appeals for the Ninth Circuit.

///

Consent to Magistrate Jurisdiction
C07-3297 HRL                                    1

1  Dated: August 27, 2007                            Respectfully submitted,

2                                          SCOTT N. SCHOOLS
3                                        United States Attorney

4                                    /s/

                                        EDWARD OLSEN
5                                        Assistant United States Attorney
6                                        Attorneys for Defendants