1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927

7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12 SVETLANA NIKITENKO,                    )
                                          )  No. C 07-3297 HRL
13              Plaintiff,                )
                                          )
14       v.                               )  **STIPULATION TO DISMISS AND**
                                          )  **[PROPOSED] ORDER**
15 Department of Homeland Security, MICHAEL )
   CHERTOFF, Secretary; United States Citizenship )
16 and Immigration Services, EMILIO T.    )
   GONZALEZ, Director; United States Citizenship )
17 and Immigration Services, ROSEMARY     )
   MELVILLE, District Director; U.S. Attorney )
18 General, ALBERTO GONZALES; Federal     )
   Bureau of Investigation, ROBERT S. MUELLER,)
19 III, Director,                         )
                                          )
20              Defendants.               )
   ───────────────────────────────────── )

21

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28

Stipulation to Dismiss
C07-3297 HRL                          1

1  Dated: September 18, 2007                    Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4                                               _____/s/_____
                                                EDWARD OLSEN
5                                               Assistant United States Attorney
                                                Attorneys for Defendants
6

7

8                                               _____/s/_____
   Date: September 18, 2007                     MONICA KANE
9                                               Attorney for Plaintiff

10
                                      **ORDER**
11
        Pursuant to stipulation, IT IS SO ORDERED.
12

13  Date:                                       _____

14                                              HOWARD R. LLOYD
                                                United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-3297 HRL                         2